UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG LI GONG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MACK TRUCKS, et al.,<br><br>Defendants. | Case No. 3:19-cv-00257-SI<br><br>**ORDER DENYING MOTION TO REMAND AND DISMISSING DEFENDANT**<br><br>Re: Dkt. Nos. 9, , 16, , 17 |

Plaintiffs moved to remand this action, based on lack of diversity jurisdiction (Dkt. No. 9). Defendants' opposition brief (Dkt. No. 16) represented that the non-diverse defendant ("GMC Oakland Truck Center") is nowhere reflected as a business entity in the California Secretary of State's records or the records of Alameda County and was a sham defendant. Based on that representation, plaintiffs withdrew their remand motion (Dkt. No. 17). Accordingly, plaintiffs' motion to remand is DENIED and defendant GMC Oakland Truck Center is DISMISSED from this action.

**IT IS SO ORDERED**.

Dated: March 6, 2019

_____
SUSAN ILLSTON
United States District Judge