UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HONG LI GONG and AI HUI MA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GMC OAKLAND TRUCK CENTER; MACK TRUCKS; WABASH NATIONAL; DOES 1 to 30,<br><br>　　　　Defendants. | CASE NO. C-3:19-cv-00257-SI<br><br>**[PROPOSED] ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL OF ACTION** |

IT IS ORDERED that the Stipulation of Voluntary Dismissal of the Action entered into between counsel for plaintiffs and defendants on May 2, 2019 be entered as a matter of record and that the entire action be dismissed with prejudice. Each party shall bear their own costs.

DATED: May 3, 2019

_____
United States District Judge

# PROOF OF SERVICE

**Gong, Hong Li v. Does**
**United States District Court, Case No. C-3:19-cv-00257-SI**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the City and County of San Francisco, State of California. My business address is 20 Haight Street, San Francisco, CA 94102.

On May 3, 2019, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL OF ACTION** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 3, 2019, at San Francisco, California.

Alice Chan

THE·VEEN·FIRM, P.C.
20 HAIGHT STREET
SAN FRANCISCO, CA 94102
Tel: (415) 673-4800
www.veenfirm.com

638224.1 -1- Case No. C-3:19-cv-00257-SI
[PROPOSED] ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION

**SERVICE LIST**
**Gong, Hong Li v. Does**
**United States District Court, Case No. C-3:19-cv-00257-SI**

| | |
|---|---|
| Anthony E. Sonnett Esq.<br>Steven A. Dabrowski<br>Lewis Brisbois Bisgaard & Smith LLP<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071 | Telephone: (213) 250-1800<br>Facsimile: (213) 250-7900<br>E-Mail: Anthony.Sonnett@lewisbrisbois.com<br>E-Mail: Steven.Dabrowski@lewisbrisbois.com<br>*Attorneys for Defendant MACK TRUCKS, INC. (erroneously sued herein as "Mack Trucks")* |
| Robert A. Shields, Esq.<br>Robin A. Wofford. Esq.<br>Parada K. Orneals, Esq.<br>Wilson Turner Kosmo LLP<br>402 West Broadway, Suite 1600<br>San Diego, CA 92101 | Telephone: (619) 236-9600<br>Facsimile: (619) 236-9669<br>E-Mail: rshields@wilsonturnerkosmo.com<br>E-Mail: rwofford@wilsonturnerkosmo.com<br>E-Mail: pkornelas@wilsonturnerkosmo.com<br><br>*Attorneys for Defendant WABASH NATIONAL CORPORATION (erroneously sued herein as "Wabash National")* |